DAVID N. BARRY, ESQ. (SBN 219230)
**THE BARRY LAW FIRM**
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, ANASTACIO MEDINA

Andrew L. Chang (SBN 222309)
Melina Manetti (SBN 318350)
**SHOOK HARDY AND BACON LLP**
One Montgomery Suite 2600
San Francisco, CA 94104
Telephone: 415.391.0281
Fax: 415.986.8054

Attorneys for Defendant, FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Anastacio Medina v. Ford Motor Company, Central District of California, Case No. 2:20-cv-08115-AB-PVC | Case No. 2:18-ml-02814-AB-PVC<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Plaintiff Anastacio Medina and Ford Motor Company by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. WHEREAS plaintiff intends to seek class member benefits under the arbitration program established by the Vargas settlement.

-1-

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

DATED:  November 2, 2020	THE BARRY LAW FIRM

By:	/s/ *David N. Barry*
	David N. Barry
	Attorney for Plaintiff,
	ANASTACIO MEDINA

DATED:  November 2, 2020	SHOOK HARDY AND BACON LLP

By:	/s/ *Melina Manetti*
	Andrew L. Chang
	Melina Manetti
	Attorneys for Defendant,
	FORD MOTOR COMPANY

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 4, 2020, I filed the foregoing document entitled **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                            /s/ David N. Barry
                                            David N. Barry
                                            Attorney for Plaintiff,
                                            ANASTACIO MEDINA